UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

MARK K. KNAIER, individually
and as trustee of the Knaier, Inc.
Money Purchase Pension Plan and
the Knaier, Inc. Defined Benefit
Plan and LILY KNAIER,
individually and as trustee of the
Knaier, Inc. Money Purchase
Pension Plan and the Knaier, Inc.
Defined Benefit Plan,

    Plaintiffs,

v.                                                                 Case No. 3:17-cv-86-BJD-PDB

AXXA, INC., a foreign corporation,
FIRST AMERICAN FUND, INC., a
foreign corporation, SANDRA R.
MARKO, an individual, and SAM
J. SHERRARD, an individual,

    Defendants.
_____/

## ORDER OF DISMISSAL

This matter is before the Court on the Joint Stipulation of Dismissal (Doc. 134; Stipulation) filed on January 31, 2022. In the Stipulation, the parties state that they agree to the dismissal of this case with prejudice. See Stipulation at 1.

Accordingly, it is hereby

**ORDERED**:

1. This case is **DISMISSED with prejudice.**

2. Each party shall bear its own costs and fees.

3. The Clerk of the Court is directed to terminate all pending motions and close the file.

**DONE** and **ORDERED** in Jacksonville, Florida this 15th day of February, 2022.

BRIAN J. DAVIS
United States District Judge

cs
Copies to:

Counsel of Record